UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-10031-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO GONZALEZ-SOLORZANO,

    Defendant.
_____

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on Defendant, **Ricardo Gonzalez-Solorzano's** Motion to Suppress Evidence and Statements (DE 41), which was referred to United States Magistrate Judge, Lurana S. Snow, for a Report and Recommendation. Based on the Government's representation in its response (DE 49) that it will not use the contested statement in its case-in-chief at trial, it is hereby

RECOMMENDED that Defendant, Ricardo Gonzalez-Solorzano's Motion to Suppress Evidence and Statements (DE 41) be DENIED AS MOOT.

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 2nd day of December, 2013.

                                                                         _____
                                                                         LURANA S. SNOW
                                                                         UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record