UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: **13-10031-CR-MARTINEZ**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICARDO GONZALEZ-SOLORZANO,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant Ricardo Gonzalez-Solorzano's Motion to Suppress Evidence and Statements **(D.E.#41).**

**THE MATTER** was referred to United States Magistrate Judge Lurana Snow for a Report and Recommendation. A Report and Recommendation (D.E.#51), was filed on December 2, 2013, recommending that defendant's Motion to Suppress Evidence and Statements (DE 41) be **Denied As Moot.** It is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's Report and Recommendation is hereby **Adopted and Approved** in its entirety. This case is set for trial starting Tuesday, December 10, 2013 at 9:30 a.m.

**DONE AND ORDERED** in Chambers at Miami, Florida, this  4  day of December, 2013.

                                                          _____
                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge Garber
All Counsel Of Record